United States District Court
Northern District of California

1

2

3

4               UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,              Case No. 18-cr-00289-SI-1

8              Plaintiff,

9        v.                                **ORDER GRANTING DEFENDANT'S
                                           MOTION TO CLARIFY JUDGMENT
10  JACOB MARCUS KORNBLUE,                 AND COMMITMENT**

11             Defendant.                  Re: Dkt. No. 97

12

13        The Court has reviewed defendant's unopposed motion requesting entry of an amended

14  Judgment and Commitment clarifying that defendant should be given credit for the 82 days between

15  September 13, 2019 (the day he entered into Federal Custody) and December 4, 2019 (the day he

16  was sentenced in this Court).

17        The Court finds that the relief requested is appropriate and GRANTS defendant's motion.

18  The Court hereby orders the preparation and entry of an amended Judgment and Commitment

19  clarifying that defendant shall receive credit for time served beginning on September 13, 2019 when

20  defendant entered federal custody on this case.

21

22        **IT IS SO ORDERED**.

23

24  Dated: July 1, 2020    _____

25                          SUSAN ILLSTON
                            United States District Judge

26

27

28